UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20424-CIV-UNGARO

PREFERRED CARE PARTNERS HOLDING
CORP., a Florida corporation, PREFERRED
CARE PARTNERS, INC., a Florida corporation,
    Plaintiffs,

vs.

HUMANA, INC., a foreign corporation,
    Defendant.
_____/

## ORDER EXPEDITING RESPONSE

THIS CAUSE is before the Court on Defendant's Objection to Magistrate's Order on Plaintiff's Motion for Sanctions, filed April 23, 2009 (D.E. 211).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that Plaintiffs SHALL file their Response on or before May 4, 2009 at **noon**.

DONE AND ORDERED in Chambers, Miami, Florida, this 27th day of April, 2009.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

Counsel of Record