UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20424-CIV-UNGARO

PREFERRED CARE PARTNERS HOLDING
CORP., a Florida corporation, PREFERRED
CARE PARTNERS, INC., a Florida corporation,
    Plaintiffs,

vs.

HUMANA, INC., a foreign corporation,
    Defendant.
_____/

### ORDER EXPEDITING RESPONSE AND RESETTING PRETRIAL CONFERENCE

THIS CAUSE is before the Court on Plaintiff's Motion for Reconsideration, filed June 22, 2009 (D.E. 254).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that Defendant SHALL file its Response to Plaintiff's Motion on or before June 29, 2009. It is further

ORDERED AND ADJUDGED that the Pretrial Conference set for June 26, 2009 is reset for **Friday, July 10, 2009 at 10:00 a.m.** All other dates in the Court's Amended Scheduling Order (D.E. 204) remain in effect.

DONE AND ORDERED in Chambers, Miami, Florida, this 24th day of June, 2009.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record