UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20424-CIV-UNGARO

PREFERRED CARE PARTNERS HOLDING
CORP., a Florida corporation, PREFERRED
CARE PARTNERS, INC., a Florida corporation,
    Plaintiffs,

vs.

HUMANA, INC., a foreign corporation,
    Defendant.
_____/

### ORDER EXPEDITING REPLY

THIS CAUSE is before the Court on Defendant's Response in Opposition to Plaintiffs' Motion for Reconsideration of Summary Judgment, filed June 29, 2009 (D.E. 265).

THE COURT has considered the Response and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that Plaintiff SHALL file its Reply, if any, to Defendant's Response on or before **July 2, 2009.**

DONE AND ORDERED in Chambers, Miami, Florida, this 29 day of June, 2009.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record